# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ALLTEL COMMUNICATIONS, LLC**                                              **PLAINTIFF**

**v.**                          **CASE NO. 4:10CV00130 BSM**

**EUGENE DEJORDY**                                                          **DEFENDANT**

## ORDER

This is a very simple motion made difficult by the filing of 162 pages of supporting documents, including a 23-page brief and 21 exhibits containing 139 pages. Plaintiff Alltel Communications, LLC ("Alltel") moves to compel defendant Eugene DeJordy to respond to its first request for production. [Doc. No. 19]. DeJordy has not responded. As set forth below, Alltel's motion is granted in part and denied in part.

Alltel's motion to compel [Doc. No. 19] is granted as to its request for production numbers one through seven and denied as to its request for production numbers eight through eleven. DeJordy is ordered to fully respond to requests one through seven within fourteen days of the date of this order. Failing to do so will result in sanctions, which may include a default judgment and the assessment of attorneys' fees and costs.

IT IS SO ORDERED this 23rd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE